UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE KIELHURN,

    Plaintiff,

v.                                   CASE NO:  8:16-cv-2663-T-33AAS

PAUL CASTAGLIOLA, GAMZE
RIDLEY, GORDON RIDLEY,
JESSE MORAN, CHERYL MORAN,
and JEROME WILLIAMS,

    Defendants.
_____/

**ORDER**

This cause comes before the Court *sua sponte*. On September 15, 2016, Kielhurn filed her complaint (Doc. # 1) and motion for permanent injunction. (Doc. # 2). In the motion for permanent injunction, Kielhurn indicated that she intends to proceed *in forma pauperis*. (Doc. # 2 at 3).

However, Kielhurn has neither filed a motion for leave to proceed *in forma pauperis* nor has she paid the filing fee. Therefore, the Court dismisses this case without prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  This case is **DISMISSED WITHOUT PREJUDICE.**

(2)  The Clerk is directed to **CLOSE THE CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this

1

14th day of October, 2016.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE